U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Postal Workers Union, AFL-CIO

vs.

National Postal Mail Handlers Union, a division of Laborers' International Union of North America, AFL-CIO, et al.

No. 1:05CV01290 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SHANNON R. ROBERTS, having been duly authorized to make service of the Summons, Complaint to Vacate an Arbitration Award, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 07-09-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:10 pm on June 29, 2005, I served National Postal Mail Handlers Union, a division of Laborers' International Union of North America, AFL-CIO at 805 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Bruce Lerner, General Counsel, authorized to accept. Described herein:

```
    SEX-  MALE
    AGE-  50
 HEIGHT-  6'2"
   HAIR-  BROWN
 WEIGHT-  215
  COLOR-  WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 06-30-05
           Date

SHANNON R. ROBERTS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154514