U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Postal Workers Union, AFL-CIO

vs.

National Postal Mail Handlers Union, a division of Laborers'
International Union of North America, AFL-CIO, et al.

No. 1:05CV01290 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons, Complaint to Vacate an Arbitration Award,
Notice of Right to Consent to Trial Before a United States
Magistrate Judge and Initial Electronic Case Filing Order in the
above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:00 pm on June 29, 2005, I served United States Postal
Service at 475 L'Enfant Plaza, SW, Washington, DC 20260 by serving
Jackie Walker, Administrative Assistant, authorized to accept.
Described herein:

```
   SEX-    FEMALE
   AGE-    40
HEIGHT-    5'8"
  HAIR-    BROWN
WEIGHT-    160
 COLOR-    WHITE
```

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 06-30-05
_____
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154516