U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Postal Workers Union, AFL-CIO

vs.

National Postal Mail Handlers Union, a division of Laborers' International Union of North America, AFL-CIO, et al.

No. 1:05CV01290 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint to Vacate an Arbitration Award, Notice of Right to Consent to Trial Before a United States Magistrate and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:30 am on June 29, 2005, I served Civil Process Clerk of United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving Cynthia Parker, Paralegal Specialist, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     40
HEIGHT-  5'0"
HAIR-    BLACK
WEIGHT-  160
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  06-30-05
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154517