IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORER' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO<br>1101 Connecticut Avenue, N.W.<br>Suite 500,<br>Washington, D.C. 20036<br><br>     and<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>     Defendants. | Civil Action No. 05-1290 (RBW)<br>(ECF) |

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant United States Postal

Service in the above-captioned case.

                              Respectfully submitted,

                              _____
                              LISA S. GOLDFLUSS, D.C. Bar #417787
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 4th Street, N.W., Civil Division
                              Washington, D.C. 20530
                              (202) 514-7198

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Anton G. Hajjar
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W.
Suite 1200
Washington, D.C. 20005

_____
LISA S. GOLDFLUSS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198