UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO<br>1101 Connecticut Avenue, N.W.,<br>Suite 500,<br>Washington, D.C. 20036<br><br>     and<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>          Defendants. | Civ. No. 05-1290 (RBW) |

**DEFENDANT U.S. POSTAL SERVICE'S
CONSENTED MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Postal Service ("Postal Service"), pursuant to Fed. R. Civ. P. 6(b) and with the consent of all parties, hereby respectfully moves for an enlargement of time of 30 days, up to and including September 28, 2005, in which to move, answer or otherwise respond to the Complaint in this action. The response would otherwise be due on August 29, 2005. As grounds for this motion, defendant Postal Service states it is seeking this enlargement because the Postal Service attorney assigned to the matter, Teresa A. Gonzales, was on extended leave for personal reasons from July 25 through August 15, 2005, and is now in the process of preparing materials for the U.S.

2

Attorney's office regarding this action. Counsel for the Postal Service has conferred with counsel for all parties regarding this motion and they have consented to the motion. A proposed order is attached hereto.

          Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Room E4911
Washington, D.C.  20530
(202) 514-7198