UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO<br>1101 Connecticut Avenue, N.W.,<br>Suite 500,<br>Washington, D.C. 20036<br><br>          and<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>          Defendants. | Civ. No. 05-1290 (RBW) |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall reply in support of their dispositive motion on or before September 28, 2005.


Date_____

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE