UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>  Plaintiff & Counterclaim Defendant,<br><br>         v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,<br><br>  Defendant & Counter-claimant,<br><br>         and<br><br>UNITED STATES POSTAL SERVICE, 475 L'Enfant Plaza, S.W. Washington, D.C. 20260,<br><br>  Defendant & Cross-Claim Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:05-CV-01290 (RBW) |

**ORDER**

UPON CONSIDERATION of the parties' Joint Local Civil Rule 16.3(d) Report and the merits thereof, IT IS HEREBY ORDERED as follows:

This case shall be referred to a Magistrate Judge for all purposes;

Discovery shall commence as of the date of filing of this Order and shall proceed for a two-month period;

Initial disclosures shall be exchanged on February 23, 2006;

Summary judgment motions shall be filed by May 31, 2006; opposition briefs shall be filed by July 14, 2006; and reply briefs, if any, shall be filed by August 15, 2006.

Date: _____          _____
                                 UNITED STATES DISTRICT JUDGE