UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br>　　Plaintiff & Counterclaim Defendant,<br>　v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,<br>　　Defendant & Counter-Claimant,<br>　　　　　　and<br>UNITED STATES POSTAL SERVICE,<br>　　Defendant & Cross-Claim Defendant. | Civil Action No. 05-01290 (AK) |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Local Civil Rule 16.3 Report [17], and the parties having consented to the referral of this matter to the undersigned for all purposes and trial, and such referral having been made on February 22, 2006, it is accordingly this 27th day of February, 2006,

**ORDERED** that the parties will comply with the following schedule:

1. Discovery will commence as of the date of this Scheduling Order and shall proceed for Two Months;

2. Initial Disclosures shall be exchanged on February 23, 2006;

3. Summary Judgment Motions shall be filed by May 31, 2006; Opposition Briefs shall be filed by July 14, 2006; and Reply Briefs, if any, shall be filed by August 15, 2006;

4. This Court shall set a telephonic status conference promptly after disposition of the dispositive motions, if necessary.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE