UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, )<br><br>Plaintiff, )<br><br>v. )<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, )<br><br>and )<br><br>UNITED STATES POSTAL SERVICE, )<br><br>Defendants. ) | Case No. 1:05-CV-01290 (RBW) |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now counsel for Defendant and Counterclaimant in the above styled action and respectfully moves this Court for admission *pro hac vice* of Lisa M. Powell.  Pursuant to Local Rule 83.2(d), movant submits the attached Declaration of Ms. Powell.

In support of said Motion, counsel states as follows:

Ms. Powell was admitted to the California Bar on February 6, 2004.

1

Ms. Powell is an associate attorney with the firm of Bredhoff & Kaiser, P.L.L.C., 805 15th Street, N.W., Suite 1000, Washington, D.C. 20005; Phone: 202-842-2600; Fax: 202-842-1888.

Ms. Powell has associated with undersigned counsel Bruce R. Lerner, D.C. Bar No. 384757, of Bredhoff & Kaiser, P.L.L.C. 805 15th Street, N.W., Suite 1000, Washington, D.C. 20005 to act as counsel in this case.

Dated: March 2, 2006

                                                    Respectfully submitted,

                                                    /s/ Bruce R. Lerner
                                                    Bruce R. Lerner (DC Bar No. 384757)
                                                    Bredhoff & Kaiser, P.L.L.C.
                                                    Suite 1000
                                                    805 Fifteenth Street, NW
                                                    Washington, DC 20005
                                                    (202) 842-2600
                                                    (202) 842-1888 (fax)

                                                    Counsel for the
                                                    National Postal Mail Handlers Union

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,<br><br>    and<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | Case No. 1:05-CV-01290 (RBW) |

## **DECLARATION OF LISA POWELL**

I, Lisa M. Powell, do hereby swear and affirm as follows:

    1.  My office address is Bredhoff & Kaiser, P.L.L.C., 805 15th Street, N.W., Suite 1000, Washington, D.C.  20005 and my office telephone number is 202-842-2600.

    2.  I was admitted to the California Bar on February 6, 2004, and I am a member in good standing.  My California Bar number is 230201.  I am

3

admitted to practice in the Ninth Circuit and Sixth Circuit Courts of Appeals as well.

 3.  I have not been admitted pro hac vice to the U.S. District Court for the District of Columbia.

 4.  I have not been disciplined by any bar.

 5.  I currently engage in the practice of law from an office located in the District of Columbia and have a pending application for admission to the D.C. Bar submitted on September 29, 2005.

 I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


_March 2, 2006_____           _/s/ Lisa M. Powell_____
Date                    Lisa M. Powell