UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) |
| Plaintiff & Counterclaim Defendant, | ) ) ) |
| v. | ) No. 1:05-CV-01290 (RBW) ) |
| NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | ) ) ) ) ) |
| Defendant & Counter-Claimant, | ) ) ) |
| and | ) ) |
| UNITED STATES POSTAL SERVICE, | ) ) |
| Defendant & Cross-Claim Defendant | ) ) |

**U.S. POSTAL SERVICE'S CONSENT MOTION
TO MODIFY BRIEFING SCHEDULE**

The United States Postal Service ("Postal Service"), through counsel, pursuant to Federal Rule of Civil Procedure 6(b), and with the consent of all parties, hereby respectfully moves to amend the schedule for the briefing of summary judgment motions in this case.  By Order filed March 21, 2006, the Court set forth a schedule that would require summary judgment motions to be filed by May 31, 2006; oppositions to be filed by July 14, 2006; and replies to be filed by August 15, 2006.   For the reasons set forth below, the Postal Service is seeking, with the parties' consent, a thirty (30) day enlargement of each deadline set forth in the March 21st Order, such

that summary judgment motions would be filed by June 30, 2006; oppositions would be filed by August 14, 2006; and replies would be filed by September 12, 2006.

The Postal Service files this motion because the Postal Service attorney who is preparing the initial draft of the agency's motion papers has been dealing with a significant workload over the past 30-day period and has an equally significant workload upcoming, and has not been able to devote sufficient time to the drafting of the Postal Service's papers. On May 22nd, she had a brief due for filing in the United States Court of Appeals for the Tenth Circuit, as well as a reply brief due in the Fifth Circuit United States Court of Appeals. From May 23rd to June 12th, she is preparing for a national arbitration that is to take place on June 12th and 13th. On May 24th through May 26th, she is attending a conference. On June 8th, she will be filing a brief in the United States Court of Appeals for the Ninth Circuit. Throughout this period, she will also be preparing for labor negotiations, commencing in August, with the four largest Postal Service unions. For the foregoing reasons, the Postal Service respectfully requests that the enlargement sought be granted.

Counsel for the Postal Service has conferred with counsel for the parties regarding this motion and all parties consent to the motion.

A proposed order granting the relief sought is attached hereto.

                      Respectfully submitted,

                      _____-s-_____
                      KENNETH L. WAINSTEIN, D.C. Bar # 451058
                      United States Attorney

                   _____-s-_____
                   RUDOLPH CONTRERAS, D.C. Bar # 434122
                   Assistant United States Attorney

                   _____-s-_____
                   LISA S. GOLDFLUSS, D.C. Bar # 417787
                   Assistant United States Attorney
                   555 4th Street, N.W., Tenth Fl.
                   Washington, D.C. 20530
                   (202) 514-7198
                   Counsel for the Postal Service

Of Counsel:

TERESA A. GONSALVES
United States Postal Service
475 L'Enfant Plaza SW, Room 6424
Washington, DC 20260-1150
(202) 268-7252