UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) |
| Plaintiff & Counterclaim Defendant, | ) ) ) |
| v. | ) No. 1:05-CV-01290 (RBW) ) |
| NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | ) ) ) ) ) |
| Defendant & Counter-Claimant, | ) ) ) |
| and | ) ) |
| UNITED STATES POSTAL SERVICE, | ) ) |
| Defendant & Cross-Claim Defendant | ) ) |

**ORDER**

UPON CONSIDERATION of the U.S. Postal Service's Consent Motion to Modify Briefing Schedule and the merits thereof, it is

HEREBY ORDERED that the schedule for the briefing of summary judgment motions shall be modified as follows:

      Summary judgment motions shall be filed by June 30, 2006; opposition briefs shall be filed by August 14, 2006; and reply briefs, if any, shall be filed by September 12, 2006.


Date: _____     _____
                                                                      UNITED STATES DISTRICT JUDGE