UNITED STATES POSTAL SERVICE
ROOM 9014
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-4100
TEL 202 268-3818
FAX 202 268-3074

SHERRY A CAGNOLI
ASSISTANT POSTMASTER GENERAL
LABOR RELATIONS DEPARTMENT

May 28, 1992

28-May-1992 Thu 15:17
LR420:J*Dockins:gvp:20260-4137
bcc: Mr. Mahon
     Ms. Cagnoli--RF
     Mr. Downes
     Mr. Drumb
     Mr. Vegliante
     Mr. Gusso
     Mr. Dockins
     Regional Managers, Labor Relatio
File: Jurisdiction
      Reading
Doc. No. 8531

Mr. Glenn Berrien
National President
National Postal Mail Handlers
  Union
One Thomas Circle, N.W., Suite 525
Washington, DC  20005-5802

Mr. Moe Biller
President
American Postal Workers
  Union, AFL-CIO
1300 L Street, N.W.
Washington, DC  20005-4128

Gentlemen:

It is proposed that the effective date of the Regional Instruction 399-Dispute Resolution Procedures Memorandum of Understanding and the Regional Instruction 399-Transitional Procedures Memorandum of Understanding will be April 29, 1992. Accordingly, other dates of significance are as follows:

- o   implementation date - June 28, 1992

- o   end of initial local review of pending cases - July 28, 1992

- o   end of initial regional and national review of pending cases - August 27, 1992

- o   end of initial local resolution period - August 27, 1992

- o   end of initial local operation inventory process - October 26, 1992



NPMHU-0221

Please indicate your acceptance of this proposal by signing below.

Sincerely,

*Sherry A. Cagnoli* (signed)
Sherry A. Cagnoli

_____          _____
Moe Biller                                                Glenn Berrien
President                                                  National President
American Postal Workers                     National Postal Mail
Union, AFL-CIO                                    Handlers Union

NPMHU-0222