In order to resolve Crossing Craft grievances and RI-399 issues, we need to review our current Mailhandler Staffing. We recognize that we are short of career Mailhandlers at the present time and we will hire an additional (30) Mailhandlers. This will be done in addition to maintaining the casual cap limit.

Hopefully, these actions will provide us the proper staffing in order to perform all Mailhandler functions effective and efficently as possible. As with any changes in staffing, there need to be an evaluation and adjustment period in order to fine tune staffing requirements.

For this purpose, it is mutually agreed that the Mailhandlers Union will hold all Crossing Craft and RI-399 grievances for 120 Days, commencing with the signing of this agreement. It is duly noted, any grievances filed pertaining to the above mention areas, will not after the 120 Day period, be considered (waived). This period will allow Union/Management to review any violations that are not in conformation with the National Agreement or staffing needs where additional Mailhandlers may be needed.

If the Mailhandlers Union does not agree with the " total staffing package," any violation will be subject to the Grievance Procedures as defined in Article 15 of the National Agreement. All Crossing Craft or RI-399 grievances will be considered retroactive from the dated of this agreement.

This agreement is mutually understood by the signing parties.

_____            _____
Timothy C. Healy                   Daisey Bouknight
Plant Manager                      A/Administrative Vice-President
Processing & Distribution          Mailhandlers Union
Brooklyn GMF                       Local #300 Brooklyn Branch


Dated:   November 24, 1992