UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
AMERICAN POSTAL WORKERS UNION,  )
AFL-CIO,                        )
                                )
                                )
                 Plaintiff,     )
                                )
          v.                    )   No. 1:05-CV-01290 (RBW)
                                )
NATIONAL POSTAL MAIL HANDLERS   )
UNION, A DIVISION OF LABORERS'  )
INTERNATIONAL UNION OF NORTH    )
AMERICA, AFL-CIO                )
                                )
          and                   )
                                )
UNITED STATES POSTAL SERVICE,   )
                                )
                 Defendants.    )
_____)
```

**ORDER**

The motion of the American Postal Workers Union, AFL-CIO, for summary judgment against the United States Postal Service and the National Postal Mail Handlers Union, a Division of the Laborers' International Union, AFL-CIO, is granted. The arbitration award of arbitrator Eric J. Schmertz in Case A90M-1A-J94010505 and A90M-1A-J94010504, dated March 23, 2005, is vacated.

Dated: _____
                                        Reggie B. Walton
                                        United States District Judge