UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, </br></br>　　Plaintiff, </br></br>　　v. </br></br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, </br></br>　　and </br></br>UNITED STATES POSTAL SERVICE, </br></br>　　Defendants. | Case No. 1:05-CV-01290 (RBW/ak) |

**DEFENDANT/COUNTER-CLAIMANT/CROSS-CLAIMANT
NATIONAL POSTAL MAIL HANDLERS UNION'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(b) and Local Rule 56.1, Defendant and Counter-Claimant/Cross-Claimant National Postal Mail Handlers Union (the "NPMHU") respectfully moves the Court for entry of Summary Judgment in its favor. This motion is based on the Statement of Undisputed Material Facts, the Declarations and Exhibits, and Memorandum of Points and Authorities filed simultaneously in support thereof.

Wherefore, the NPMHU requests that the Court enter Summary Judgment in favor of the NPMHU confirming the arbitration award challenged by the APWU and compelling arbitration of the underlying dispute.

Respectfully submitted this 30th day of June 2006.

    Respectfully submitted,

    __/s/ Bruce R. Lerner___
    Bruce R. Lerner (D.C. Bar No. 384757)
    Lisa M. Powell
    Bredhoff & Kaiser, P.L.L.C.
    805 15th Street, NW, Suite 1000
    Washington, DC  20005
    Telephone: (202) 842-2600
    Facsimile: (202) 842-1888
    Email: blerner@bredhoff.com

*Attorneys for Defendant*
*National Postal Mail Handlers Union*