UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>    and<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | Case No. 1:05-CV-01290 (RBW/ak) |

## DECLARATION OF RICHARD COLLINS

I, Richard Collins, swear and affirm under penalty of perjury the following:

1.   My name is Richard Collins. I am an adult resident of Maryland and I am employed as the Assistant to the National President of the National Postal Mail Handlers Union. I submit this Declaration upon personal knowledge and as part of the NPMHU's Motion for Summary Judgment in the above-captioned case.

2.   In connection with my employment for the NPMHU, I have become familiar with arbitration awards issued within the tripartite forum created by the parties' RI-399 Dispute Resolution Procedures aimed at resolving disputes

over the jurisdiction of work. The three parties to this case are parties in all such arbitrations.

    3.    Exhibit 1 of this Declaration is a true and correct copy of the Opinion and Award of Arbitrator Eric J. Schmertz in Case No. B98C-4B-J 01205607, issued February 16, 2006.

    4.    Exhibit 2 of this Declaration is a true and correct copy of the Opinion and Award of Arbitrator Lloyd L. Byars, Case No. H90M-IH-J 93051220, issued December 12, 2004.

    5.    Exhibit 3 of this Declaration is a true and correct copy of the Opinion and Award of Arbitrator Eric J. Schmertz, Case No. B00C-1B-J 02101574, etc., issued December 16, 2005.

    6.    Exhibit 4 of this Declaration is a true and correct copy of the Opinion and Award of Arbitrator Charles T. Schmidt, Case Nos. A90M-1A-J94049968, etc., issued October 10, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and is based on my personal knowledge. Executed this 29th day of June, 2006 at Pasadena, Maryland.

                                    /s/Richard Collins
                                Richard Collins