UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br>(RBW/ak)<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>and<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No. 1:05-CV-01290 |

# Exhibit 4 to Hill Declaration

MEMORANDUM OF UNDERSTANDING
BETWEEN THE
UNITED STATES POSTAL SERVICE, THE
AMERICAN POSTAL WORKERS UNION, AFL-CIO, AND
THE NATIONAL POSTAL MAIL HANDLERS UNION,
A DIVISION OF LABORERS'
INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

REGIONAL INSTRUCTION 399 - <u>DISPUTE RESOLUTION PROCEDURES</u>

<u>General Principles</u>

The parties to this Agreement agree to a new procedure for resolving jurisdictional disputes under Regional Instruction 399 (hereafter "RI-399"). The new procedures will be implemented sixty (60) calendar days after the effective date of this Agreement.

Effective with the signing of this Agreement, no new disputes will be initiated at the local level by either union challenging jurisdictional work assignments in any operations as they currently exist. Except as otherwise specifically provided in the New or Consolidated Facilities, New Work, or Operational Change sections contained in this memorandum, all local craft jurisdictional assignments which are not already the subject of a pending locally initiated grievance will be deemed as a proper assignment for that facility.

In order to provide for expeditious and efficient resolution of jurisdictional disputes only one representative case shall be processed for each operation/function in dispute. Multiple disputes arising out of the same or substantially similar issues or facts shall not be allowed.

Dispute Resolution Committees shall be established at the local, regional and national levels. The Committee shall be composed of one (1) representative from each of the three parties. The representative on the Committee may be assisted by a technician at any or all meetings if advance notice is given to the other two parties. At larger installations the local parties may mutually agree to establish more than one (1) Committee; however, there shall not be more than one (1) Committee per facility. Committee decisions shall be by mutual agreement of all 3 parties.

NPMHU-0209

Meetings of the Committee must be scheduled with sufficient frequency so that a decision can be rendered within the time limits contained in this Agreement. The time limits contained in this Agreement may be extended by mutual agreement of the parties. If a committee fails to render a decision within the time frames in this Agreement the moving union may appeal the dispute to the next step in the procedure.

Each party at the local level will be responsible for maintaining an inventory of jurisdictional assignments not in dispute. As jurisdictional disputes are resolved under this procedure, the results shall be added to the inventory.

The national parties shall mutually determine and implement a new numbering system to be utilized in this procedure.

All parties to this Agreement may participate in the arbitration proceedings at either level and all parties shall be bound by the arbitrator's award whether or not they participate in the arbitration proceedings. The arbitrator's award shall be final and binding.

Any settlement entered into at any level must be a tripartite settlement.

<u>Local Level</u>

The Local Dispute Resolution Committee (LDRC) will have thirty (30) calendar days after receipt of a properly filed dispute to attempt to resolve the dispute.

1. A dispute may be initiated by either Union. It must be submitted in writing to the other two parties. It must, at minimum, contain:

   A. the operation number/description,

   B. the function number/description,

   C. what craft is presently assigned the work,

   D. a diagram of the operation with a written narrative describing the disputed function,

   E. the contentions of the party filing the dispute.

    F. The condition which permits the filing of the dispute; i.e., new or consolidated facility, new work, or operational changes.

2. If a dispute is resolved, a tripartite settlement agreement will be signed by the parties and the jurisdictional work assignment shall be added to the local inventory of agreed upon craft assignments. The settlement agreement will include the grievance number, the identification of the operation and functions involved and the determination of the appropriate craft. A diagram jointly prepared with a narrative describing the disputed operation/function will be attached to the settlement, if possible.

3. If the dispute is unresolved at the end of the thirty (30) day period, a tripartite decision will be written by the Committee setting forth the position of each party. The moving Union may appeal the dispute to the Regional Committee within twenty-one (21) calendar days of the date the decision is reduced to writing and signed by the three parties. A copy of the appeal and the complete case file must be sent to each of the Regional parties by the appealing Union.

Regional Level

The Regional Dispute Resolution Committee (RDRC) shall have sixty (60) calendar days after receipt of a properly appealed dispute to attempt to resolve the dispute.

1. If a dispute is resolved a tripartite settlement agreement will be signed by the parties. The Agreement shall contain the same information specified in the section of this Agreement for local settlement of disputes. The Agreement will be sent to the local committee for implementation and the work assignment shall be added to the local inventory of agreed upon craft assignments.

2. If the dispute is unresolved at the end of the sixty (60) calendar day period, a tripartite decision will be written by the Committee setting forth the position of each party. The moving Union may appeal the dispute to regional arbitration within twenty-one (21) calendar days of the date of receipt of the written decision of the Committee. Copies of the appeal will be provided to the other parties.

3. If any member of the Regional Committee identifies an appealed dispute as involving an interpretive issue which is of general application, that member shall inform the other members of the specific issue(s), in writing, prior to the issuance of a decision by the Committee on that dispute. The written decision by the Committee shall have this written notification attached to the decision. If such an issue is so identified and remains unresolved on the date of the Regional Committee decision, the moving union may only appeal such dispute to the National Committee. Failure of a party to identify such an issue prior to the date of the decision by the Regional Committee precludes appeal to the National Committee of that specific dispute.

4. The RDRC may, by mutual agreement, remand a case back to the LDRC with specific instructions.

<u>National Level</u>

The National Dispute Resolution Committee (NDRC) shall have sixty (60) calendar days after receipt of a properly filed or appealed dispute to attempt to resolve the dispute.

1. Either union party may initiate a dispute at the National level when such dispute involves an interpretive issue which under the National Agreement is of general application. Such disputes shall be provided to the National Committee, in writing, and must specify in detail the facts giving rise to the dispute, the precise interpretive issues to be decided and the contentions of the Union.

NPMHU-0212

2.  If a dispute is resolved, a tripartite settlement agreement will be signed by the parties.

3.  If the dispute is unresolved at the end of the sixty (60) calendar day period, a tripartite decision will be written by the Committee setting forth the position of each party. The moving Union may appeal the dispute to National Arbitration within twenty-one (21) calendar days of the date of receipt of the written decision of the Committee. Copies of the appeal will be provided to the other parties.

4.  In the event the National Committee, after review, decides that a dispute appealed from the regional level does not involve an interpretive issue which is of general application, the dispute shall be remanded to the regional level and placed on the list of pending arbitration cases.

Regional Arbitration

A panel of two (2) arbitrators will be jointly selected by the parties for each of the five (5) regions. Additional arbitrators may be added to a regional panel up to a maximum of five (5) by mutual agreement of the parties. Selection of the arbitrators will be by a method and for a time period to be agreed upon by the parties. Such panel of arbitrators shall hear only jurisdictional cases. Their fees and expenses will be allocated on a basis of one-half (1/2) to management and one-half (1/2) shared equally by the participating unions. If any party decides not to participate in the arbitration proceedings, the remaining parties will equally divide the arbitrator's fees and expenses. The current practices of the parties related to allocation of cost for canceled dates will be continued.

Scheduling of regional arbitration cases will be jointly performed by the parties from a list of dates submitted by the arbitrators. All scheduling correspondence with the arbitrators will be jointly signed by the parties. The method of scheduling will be jointly agreed to by the parties. The factors to be considered in establishing such a method shall be:

1. a first-in/first-out basis;

2. cost effectiveness of the system;

3. volume of cases in a particular geographic area;

4. availability of advocates for each party; and

5. a proportionate allocation of dates for each geographic area.

Cases will be scheduled and heard within ninety (90) calendar days after receipt of the appeal. Jurisdiction arbitrators will provide their decisions to the parties within thirty (30) calendar days of the close of the record.

National Arbitration

One arbitrator will be jointly selected by the parties at the national level on the basis of mutual agreement. Once selected, the arbitrator will hear only jurisdictional disputes. The arbitrator's fees and expenses will be allocated on the basis of one-half (1/2) to management and one-half (1/2) shared equally by the participating unions. However, if a party decides not to participate in the arbitration proceedings, the remaining parties will equally divide the arbitrator's fees and expenses. Scheduling of cases will be jointly performed by the parties from a list of dates submitted by the national arbitrator. Time frames will be the same as those designated for regional arbitration. The method of scheduling will normally be on a first-in/first-out basis.

Pursuant to Article 15 of the National Agreement, only disputes involving interpretive issues under the National Agreement which are of general application will be arbitrated at the national level.

Additionally, the national-level arbitrator may be invited to participate in an advisory capacity at National Committee meetings on items related to problems of consistency of regional-level awards or other problems mutually determined by the committee. The arbitrator may be empowered by mutual agreement of the parties to issue instructions to the regional-level arbitrators which were consistent with any mutual understanding on these issues reached as a result of committee discussions. Payment for such services will be made as for an actual arbitration hearing.

New Or Consolidated Facilities

The following procedures shall apply to the opening of new or consolidated facilities.

Forty-five (45) calendar days prior to the opening of a new or consolidated facility, the members of the RDRC will be notified of the date on which activation will take place. Within ninety (90) calendar days of that activation, the LDRC designated for the facility will conduct an inventory of jurisdictional assignments at the facility and will attempt to resolve any disputes which arise from these discussions. If necessary, representatives of the RDRC will assist the local parties with on-site reviews.

Jurisdictional assignments shall not be changed solely on the basis of moving operation(s) into a new facility. If jurisdictional assignments existed in a previous facility, they shall be carried forward into the new facility except where operational changes as described below result in the reassignment from one craft to another.

In a new or consolidated facility, the jurisdictional assignment in the previous facilities must be considered by the LDRC in the determination mentioned above, in the event the consolidated operation(s) had a mixed practice in the previous installations.

The decision of the LDRC will be processed in accordance with the decision and appeals procedures previously outlined, including appeals to the higher levels of the process.

New Work

This section refers to implementation of RI-399 involving work which had not previously existed in the installation.

The procedures for activation of a new or consolidated facility shall apply to the assignment of new work to an installation. The standards contained in Section II.E of RI-399 shall apply in making the craft determinations.

Operational Change

Management will not engage in operational changes for the purpose of affecting the jurisdictional assignments in a

NPMHU-0215

facility. It is the intent of the parties to continue craft jurisdictional assignments which are not already the subject of a grievance as indicated on page 1, paragraph 2, of this Agreement.

To the extent that operational changes are made that may result in the reassignment of functions from one craft to another management must present and discuss such changes with the LDRC thirty (30) days prior to the effective date of the operational change. Within 14 days from the effective date, the adversely impacted union may appeal the operational change to arbitration. A tripartite arbitration shall be heard within sixty (60) days of the effective date of the operational change in order to resolve any jurisdictional disputes. The issue to be decided in cases involving operational changes will be whether the proposed change is consistent with RI-399 and/or the intent of this Agreement.

_[signed]_
SHERRY A. CAGNOLI
Assistant Postmaster
  General
Labor Relations Department
U.S. Postal Service

_[signed]_
MOE BILLER
President
American Postal Workers
  Union, AFL-CIO

_[signed]_
GLENN BERRIEN
President
National Postal Mail
  Handlers Union

DATE 4-16-92

MEMORANDUM OF UNDERSTANDING
BETWEEN THE
UNITED STATES POSTAL SERVICE, THE
AMERICAN POSTAL WORKERS UNION, AFL-CIO AND
THE NATIONAL POSTAL MAIL HANDLERS UNION,
A DIVISION OF LABORS'
INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

REGIONAL INSTRUCTION 399 - <u>TRANSITIONAL PROCEDURES</u>

<u>General Principles</u>

This memorandum is intended to facilitate the transition to the new RI-399 Dispute Resolution Procedures (DRP). All grievances pending on the date of signing of the DRP Memorandum shall be processed in accordance with the Transitional Procedures contained in this memorandum.

Once the pending grievances have been processed in accordance with the transitional procedures contained in this memorandum, this memorandum shall no longer be effective.

As specified in this memorandum, the parties at all three levels, shall concurrently identify and inventory all pending jurisdictional grievances. The processing of the cases shall be from the top down, i.e., beginning at the national level, the regional level, and then the local level. This method will allow remanded cases to be considered along with other pending grievances at the appropriate level.

<u>Local Level</u>

All jurisdictional grievances pending at Step 1 or 2, in addition to jurisdictional cases remanded to the local level, will be referred to the Local Dispute Resolution Committee (LDRC). The LDRC will have thirty (30) calendar days from the implementation date of the new procedures to jointly identify pending jurisdictional cases and to assure that each of the parties has complete copies of all case files.

The three parties will execute and include in each case file a jointly developed diagram of the operation in question, with a narrative describing the duties performed in the disputed function. If the parties cannot agree regarding the diagram or narrative, the parties separately may present their views for inclusion in the file.

At the end of the thirty (30) day period from the implementation date of the new procedure, the LDRC shall have identified and categorized all pending cases at Step 1 or 2 involving jurisdictional disputes. At that point, the LDRC will have thirty (30) days to attempt to resolve all disputes identified as pending at that level.

In addition to identifying, processing and attempting to resolve jurisdictional assignments which are in dispute, the Local Committee will engage in a joint effort to inventory all jurisdictional assignments which are not in dispute utilizing Attachment 1. Such effort will begin no later than the implementation date of the new procedure and be completed no later than one hundred twenty (120) calendar days after that date. Local inventories will include the following information:

1. operation number/description;

2. function number/description;

3. craft assignment;

4. a diagram; and

5. a signature of the appropriate representative of each party.

If any party disputes part or all of the inventory that dispute may also be submitted to the Regional Committee in keeping with the time frame for appeal of a jurisdictional dispute. The sole issue in inventory disputes to be determined by the Regional Committee is whether a grievance existed over the disputed operation/function on the date of the signing of the DRP Memorandum.

NPMHU-0218

Regional Level

The Regional Dispute Resolution Committee (RDRC) will identify all jurisdictional cases pending at Step 3 or regional arbitration, and jurisdictional cases remanded to the regional level. The parties will categorize cases dealing with the same function in a given operation in each facility and the moving Union will select one of the cases to serve as the representative case, with all others challenging the same function within an operation placed on hold pending resolution of the representative case. Any case or group of cases may be remanded to the local level by mutual agreement of the parties. This review shall be completed within sixty (60) days of the implementation date of the new procedure.

The RDRC shall decide local appeals consisting of:
1. cases determined to properly be at that level in the review process mentioned above; and, 2. questions appealed to it involving a determination as to whether or not a dispute existed on the date of signing the DRP Memorandum. The appeals will be processed in accordance with the time frames and procedures contained in the DRP Memorandum.

If a question is appealed to the Regional Committee involving a determination as to whether a dispute existed on the date of signing the DRP Memorandum and a determination is reached at the regional level that a dispute did exist over the operation/function, the local parties will be advised in writing to process the dispute in accordance with the new procedures. The time limits for such a dispute will commence on the date of receipt by the moving union of the regional determination.

In the event the Regional Committee is unable to agree as to whether a dispute existed on the date of signing the DRP Memorandum, the moving union may appeal that question to regional-level arbitration within twenty-one (21) calendar days of the date of receipt of the Regional Committee's written decision. The issue to be decided by the arbitrator will be the same as the one presented to the Regional Committee.

National Level

The National Dispute Resolution Committee (NDRC) shall identify all cases pending at Step 4 or national arbitration. This review shall be completed within sixty (60) days of the implementation date of the DRP Memorandum. Any case or group of cases may be remanded to a lower level by mutual agreement of the parties. National level cases will be processed in accordance with the time frame and procedures contained in the DRP Memorandum.

SHERRY A. CAGNOLI
Assistant Postmaster
  General
Labor Relations Department
U.S. Postal Service

MOE BILLER
President
American Postal Workers
  Union, AFL-CIO

GLENN BERRIEN
President
National Postal Mail
  Handlers Union

DATE 4-16-92