UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br>(RBW/ak)<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>and<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No. 1:05-CV-01290 |

# Exhibit 7 to Hill Declaration

*General duties*

STD POSITION DESCRIPTION                                      U. S. Postal Service

MAILHANDLER, ME-04      **NPMHU-A1**

## FUNCTIONAL PURPOSE

Loads, unloads, and moves bulk mail and performs other duties to support the movement and processing of mail.

## DUTIES AND RESPONSIBILITIES

1. Unloads mail from trucks. Separates all mail received from trucks and conveyors for dispatch to other conveying units and separates and delivers mail for delivery to distribution areas.

2. Places empty sacks or pouches on racks, labels them where prearranged or where racks are plainly marked, dumps mail from sacks, cuts ties, faces letter mail, carries mail to distributors for processing, places processed mail into sacks, removes filled sacks and pouches from racks and closes and locks sacks and pouches. Picks up sacks, pouches, and outside pieces, separates outgoing bulk mails for dispatch and loads mail onto trucks.

3. Handles and sacks empty equipment; inspects empty equipment for mail and restrings sacks.

4. Cancels stamps on parcel post, operates cancelling machines, carries mail from cancelling machine to distribution cases.

5. Assists in supply and slip rooms and operates copy machine and related office equipment.

6. Performs other duties as assigned, such as making simple distribution of parcel post mail that requires no scheme knowledge; operating electric fork lifts; rewrapping damaged parcels; weighing incoming sacks; cleaning and sweeping work areas, offices, rest rooms, and trucks where work is not performed by a regular cleaner.

7. With approval of Regional Chief Postal Inspector, acts as an armed guard for valuable registry shipments and as a watchman and guard around post office building.

## SUPERVISION

Supervisor, Mails; or other designated supervisor.

## SELECTION METHOD

Senior Qualified

BARGAINING UNIT

MAIL HANDLER

KEY POSITION REFERENCE

KP-CC03

(End of Document)

Document Date: 03-03-92           SPO Number: KP-CC03           Occupation Code: 2315-01XX

Page: 1

NPMHU-0041

Standard Position Descriptions
Occupational Code 4401-05
Craft-Mailhandler*

NPMHU B-1

Chapter C
Standard Position 2-579

## U.S. POSTAL SERVICE

Title: Label Machine Operator
Key Position Reference No. 7

Salary Level: PS-4

**BASIC FUNCTION.** Operates various machines such as elliot, tickometer, stencil cutter, and graphotype to print labels and facing slips required in mail distribution operations of post offices, terminals and airport mail facilities. Or operates photo composing, photocopying and multilith machines, and performs related work in preparing case labels.

### DUTIES AND RESPONSIBILITIES

A. Sets up and operates elliot and tickometer printing machines, adjusting for either labels or facing slips and for differing size and weight of stock.

B. Prepares stencils on stencil-cutting machines, spacing and lining type for proper placement, and using stylus to draw lines and special symbols to be reproduced on labels and facing slips by printing machines.

C. Prepares metal plates on graphotype, cutting, bending, shaping and affixing metal stock to printing arms.

D. Participates in the preparation of headliner case labels, as directed, by performing such functions as operating photo composing, photocopying and multilith machines; cutting film into strips and cementing strips on mats; spraying reproduced sheets, and cutting labels.

E. Cleans, oils, and adjusts machines to maintain them in proper working order.

F. Packs completed labels and facing slips for delivery; receives and stores supplies of paper stock; maintains schedule of pickup and delivery.

**ORGANIZATIONAL RELATIONSHIPS.** Reports to a foreman, label printing center, or other designated supervisor.

---

*Filled by senior-qualified mailhandler

TL-74-1, 8-1-74 ✓

NPMHU-0042

NPMHU8-2

*Occupational Code 4401-06*  
*Craft-Mail Handler\**

Chapter C  
*Standard Position 2-578*

## U.S. POSTAL SERVICE

Title: Label Printing Technician  
Key Position Reference No. 12

Salary Level: PS-5

**BASIC FUNCTION:** Produces case labels, scheme cards, rack headers, label and facing slips used by post offices and other postal installations in the distribution and dispatch of mails; makes frequent changes in stencil sets; operates and services machines used to produce these items.

## DUTIES AND RESPONSIBILITIES

A. Sets up and operates LP III and LP 300 label printing machines and tickometer to produce labels and facing slips; adjusts machines for either labels or facing slips and for differing size and weight of stock.

B. Prepares metal plates on graphotype, cutting, bending, shaping and affixing metal stock to printing arms to provide good printing rings for the tickometer.

C. Is responsible for the maintenance of current up-to-date stencil sets, making changes in the sets from mailing directions and case rack diagrams furnished, and changes issued by the regional schemes and routing office to insure proper direction of mail within the installations and in transit to destinations.

D. Based on knowledge of mail distribution methods gives instructions to the typist to make necessary corrections in format, title abbreviations, and symbols on new stencils.

E. Verifies new or changed stencils prepared, removes stencils no longer authorized and inserts new or changed stencils in the sets in proper sequence of printing and usage. Recommends elimination or combining of sets when size of set no longer meets departmental criteria.

F. Is responsible for the quality of machine output by ensuring proper inking, maintenance of proper margins and performing other adjustments designed to produce maximum legibility.

G. Frequently makes revisions based on notice of changes after production has started and correctness of revisions are dependent on technician's knowledge and experience.

H. Maintains machines in proper working order, operating so as to prevent breakdowns but maintaining maximum production; oils, cleans parts and makes minor repairs to machines.

**ORGANIZATIONAL RELATIONSHIPS.** Reports to a foreman, label printing center, or other designated supervisor.

---

\*Filled by senior-qualified mailhandler

TL-74-1, 8-1-74 ✓

NPMHU-0043

*Standard Position Descriptions*
*Occupational Code 4401-05*
*Craft-Mailhandler**

**NPMHU B-3**
Chapter C
*Standard Position 2-579*

## U.S. POSTAL SERVICE

Title: Label Machine Operator
Key Position Reference No. 7

Salary Level: PS-4

**BASIC FUNCTION.** Operates various machines such as elliot, tickometer, stencil cutter, and graphotype to print labels and facing slips required in mail distribution operations of post offices, terminals and airport mail facilities. Or operates photo composing, photocopying and multilith machines, and performs related work in preparing case labels.

### DUTIES AND RESPONSIBILITIES

A. Sets up and operates elliot and tickometer printing machines, adjusting for either labels or facing slips and for differing size and weight of stock.

B. Prepares stencils on stencil-cutting machines, spacing and lining type for proper placement, and using stylus to draw lines and special symbols to be reproduced on labels and facing slips by printing machines.

C. Prepares metal plates on graphotype, cutting, bending, shaping and affixing metal stock to printing arms.

D. Participates in the preparation of headliner case labels, as directed, by performing such functions as operating photo composing, photocopying and multilith machines; cutting film into strips and cementing strips on mats; spraying reproduced sheets, and cutting labels.

E. Cleans, oils, and adjusts machines to maintain them in proper working order.

F. Packs completed labels and facing slips for delivery; receives and stores supplies of paper stock; maintains schedule of pickup and delivery.

**ORGANIZATIONAL RELATIONSHIPS.** Reports to a foreman, label printing center, or other designated supervisor.

*Filled by senior-qualified mailhandler.

TL-74-1, 8-1-74 ✓

NPMHU-0044

NPMHU B-4

Occupational Code 7002-03  
Craft-Mailhandler*  
                                                                    Chapter C  
                                                         Standard Position 2-581

## U.S. POSTAL SERVICE

Title: Packer-Shipper  
Key Position Reference No. 8                                      Salary Level: PS-4

**BASIC FUNCTION.** Performs work involved in packaging and shipping items printed in the label printing center, and in the receipt and storage of supplies used in the center.

**DUTIES AND RESPONSIBILITIES.**

A. Removes and/or receives completed nonstandard labels, facing slips and scheme cards from production area and arranges items in lots for shipping.

B. Withdraws from storage, standard items needed to complete requisition and combines lots for packaging; reports withdrawals to maintain inventory.

C. Assures that labels and facing slips as ordered are properly packaged, sealed and labeled for delivery to correct postal installations; loads packages on rolling equipment and takes them to dispatch area.

D. Receives, examines and stores supplies of paper stock, stencils, ink, cartons, etc. in stock room or designated storage area; reports additions and withdrawals to maintain current inventory.

E. Places sufficient quantities of paper stock in production area to meet normal daily needs of machine operators.

F. Performs other related duties as assigned or directed.

G. Verifies the shipping destination of finished goods.

H. Performs "on the spot" quality evaluation prior to packaging finished goods.

I. Consults with supervisor in determining economic lot size of products to be shipped and most convenient packaging size and configuration.

**ORGANIZATIONAL RELATIONSHIPS.** Reports to foreman, label printing center, or other designated supervisor.

*Filled by senior qualified mailhandler.

-74-1, 8-1-74

NPMHU-0045

*Standard Position Descriptions*             Chapter C
*Occupation Code 4401-02*             Standard Position 2-632
*Craft: Mailhandler*

**U.S. POSTAL SERVICE**      NPMHU-B5

Title: Computer Print Line Production Operator        Salary Level PS–5
Key Position Reference No. 12

---

**BASIC FUNCTION.** Operates and monitors production effectiveness of assigned print lines and to interface with the computer system through the controls on the computer and on each piece of print line equipment.

**DUTIES AND RESPONSIBILITIES**

A. Energizes remote print line computers and other equipment such as printers, dereelers, cutter-slitter, and stacker tyers that make up the print line in the production of labels, facing, slips, and other printed matter.

B. Synchronizes functions between the printer and separation subsystem whenever power has been turned off on the printer.

C. Ensures that operating controls are performing properly to bring the desired print lines on line.

D. Replenishes supplies to the print line to ensure continuity of production.

E. Monitors print lines to ensure quality of the operation.

F. Performs minor maintenance and clears jams; notifies maintenance personnel repairs are needed.

G. Operates multilith and/or other printing equipment during emergencies or need for increased production.

H. Operates Elliott Label Printing Machine in the production of scheme cards and over-sized airmail and express mail cards.

I. Performs other job related tasks in support of primary duties.

**ORGANIZATIONAL RELATIONSHIPS.** Reports to the supervisor, computer operations, or other designated supervisor.

P-1, TL-76-1, 4-2-76 ✓

NPMHU-0046

Occupational Code 0322-04  
Craft-Mailhandler*

Chapter C  
Standard Position 2-580

U.S. POSTAL SERVICE

**NPMHU B-6**

Title: Typist-Label Printing  
Key Position Reference No. 7

Salary Level: PS-4

**BASIC FUNCTION.** Prepares label, facing slip and scheme card stencils and types carrier case labels from approved copy or instructions.

**DUTIES AND RESPONSIBILITIES.**

A. Prepares stencils on manual or electric stencil cutting machine in accordance with instructions and list furnished.

B. Spaces and lines type for proper placement on stencil according to established format; uses stylus to draw lines and special symbols to be reproduced on labels and facing slips by printing machines.

C. Types labels on carrier case label typewriter or flatbed writing machine from approved copy, observing and following all special markings requested.

D. In addition, may perform any of the following duties:

(1) Operates mimeograph, addressograph, collator, folder, inserter and sealer machines.

(2) Prepares notices and charts on a bulletin type typewriter.

(3) Types correspondence and memorandum from rough drafts or general information.

**ORGANIZATIONAL RELATIONSHIPS.** Reports to foreman, label printing center, or other designated supervisor.

---

*Filled by senior-qualified mailhandler; then open office-wide, best qualified.

TL-74-1, 8-1-74

| GRIEVANCE SUMMARY - STEP 1 | CLASS ACTION 93-107 |

Forward the original of this form to your Step 2 Management Official. Complete Items 1 through 12 and 21.
If grievance is denied, complete Items 13 through 20. If additional space is required, continue on reverse.
See Handbook P-32, Supervisor's Guide to Handling Grievances, Part V for instructions.

NPMHU C-1

| 1. FACILITY | 3. CRAFT | 4. GRIEVANT'S TITLE | |
|---|---|---|---|
| GMF | M/H | M/H | |

| DATE OF INCIDENT | STEP 1 MEETING | 6. WAS GRIEVANCE TIMELY AT STEP 1? | 7. DATE OF STEP 1 ANSWER | 8. UNION OFFICIAL |
|---|---|---|---|---|
|  | 10/16/93 | ☒ YES ☐ NO | 10/25/93 | R. BOSALAVAGE |

**ISSUE** (Complaint or alleged violation)

THE JOBS IN THE LABEL ROOM ARE MAIL HANDLER FUNCTIONS AND ARE CURRENTLY FILLED BY CLERKS.

**REMEDY REQUESTED** (Specify requirements to resolve grievance)

CEAST USING CLERKS IN THE LABEL ROOM AND POST BIDS FOR MAIL HANDLER POSITIONS.

**DECISION** (Check one) ☐ SUSTAINED ☐ SETTLED ☒ DENIED ☐ CLOSED ☐ WITHDRAWN ☐ OTHER (Specify)

**REASONS FOR DECISION**

SEE ITEM # 19 BELOW

**GRIEVANCE DATA**

| LEVEL | b. STEP | c. TOUR | d. SECTION | e. PAY LOCATION | 14. CRAFT OR RELEVANT SENIORITY DATE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| CHECK ONE | 16. OFF DAYS | 17. WORK SCHEDULE |
|---|---|---|
| ☐ FTR ☐ PTR ☐ PTF ☐ RURAL DESIGNATION CODE ___ |  |  |

**BACKGROUND** (State all relevant information and attach all supporting documents)

THE UNION CONTENDS THAT MANAGEMENT HAS BEEN STAFFING THE LABEL ROOM WITH CLERKS. THE JOBS IN THE LABEL ROOM ARE CLEARLY MAIL HANDLER FUNCTIONS
2-579, 2-580, 2-581, 2-632, 2-578.

**MANAGEMENT'S POSITION**

THE POSITIONS LISTED IN ITEM 18 ABOVE ARE NOT AUTHORIZED IN THE BROOKLYN G.M.F.

**UNION'S POSITION**

MANAGEMENT CEASE USING CLERKS IN THE LABEL ROOM AND POST BIDS FOR THE MAIL HANDLERS CRAFT. MAIL HANDLERS BE MADE WHOLE FOR ALL TIME LOST.

| a. MANAGEMENT OFFICIAL (Name and Title) | b. TEL ☐ FTS ☐ COM | c. SIGNATURE | |
|---|---|---|---|
| A.R. DOUGLAS - SDO | 348-3026 | [signature] | 10/25/93 |

Form 2608
1980

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981—750-088/4102

NPMHU-0048

| U.S. POSTAL SERVICE GRIEVANCE SUMMARY - STEP 1 | 1. GRIEVANT'S NAME (Last, First and Middle Initial) CLASS ACTION - 93-203 |
|---|---|

Forward the original of this form to your Step 2 Management Official. Complete Items 1 through 12 and 21.
If grievance is denied, complete Items 13 through 20. If additional space is required, continue on reverse.
See Handbook P-32, Supervisor's Guide to Handling Grievances, Part V for instructions.

NPMHU C-2

| 2. FACILITY | 3. CRAFT | 4. GRIEVANT'S TITLE |
|---|---|---|
| GMF | M/H | R. BOSALAVAGE |

| 5. DATE OF INCIDENT | STEP 1 MEETING | 6. WAS GRIEVANCE TIMELY AT STEP 1? | 7. DATE OF STEP 1 ANSWER | 8. UNION OFFICIAL |
|---|---|---|---|---|
| | 10/16/93 | ☒ YES ☐ NO | 10/25/93 | R. BOSALAVAGE |

**9. ISSUE (Complaint or alleged violation)**

THE DUPLICATING UNIT IS PRESENTLY STAFFED BY CLERKS.

**10. REMEDY REQUESTED (Specify requirements to resolve grievance)**

MANAGEMENT MUST CEASE USING CLERKS ON THE COPYING MACHINES AND POST BIDS FOR MAIL HANDLERS AS SHOWN IN STANDARD POSITION 2-579

**11. DECISION (Check one)** ☐ SUSTAINED ☐ SETTLED ☒ DENIED ☐ CLOSED ☐ WITHDRAWN ☐ OTHER (Specify)

**12. REASONS FOR DECISION**

SEE ITEM #19 BELOW

| 13. GRIEVANCE DATA | | | | | 14. CRAFT OR RELEVANT SENIORITY DATE |
|---|---|---|---|---|---|
| a. LEVEL | b. STEP | c. TOUR | d. SECTION | e. PAY LOCATION | |

**15. CHECK ONE** ☐ FTR ☐ PTR ☐ PTF ☐ RURAL DESIGNATION CODE____

| 16. OFF DAYS | 17. WORK SCHEDULE |
|---|---|

**18. BACKGROUND (State all relevant information and attach all supporting documents)**

THE UNION CONTENDS THAT THE JOB OF OPERATING THE PHOTO COPYING MACHINES ARE CLEARLY A MAIL HANDLER FUNCTION AS SHOWN IN SP 2-579 AND SPO KP 0008.

**19. MANAGEMENT'S POSITION**

STANDARD POSITION 2-579 TITLE - "LABEL MACHINE OPERATOR" IS NOT AUTHORIZED IN THE BROOKLYN GMF.

**20. UNION'S POSITION**

MANAGEMENT CEASE USING CLERKS ON THE COPY MACHINES AND POST THE BID FOR MAIL HANDLERS. MAIL HANDLER BE MADE WHOLE FOR ALL TIME LOST.

NPMHU-0049

| 21. a. MANAGEMENT OFFICIAL (Name and Title) | b. TEL ☐ FTS ☐ COM | c. SIGNATURE |
|---|---|---|
| A. R. DOUGLAS | 348-3026 | /signature/ |

Form 2608
n. 1980

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981—750,099/4103

NPMHU D-



**United States Postal Service**

Brooklyn, New York  11256

NOV 2 2 1993

Mr. Michael Nash
Adm. Vice-President
L.I.U.N.A -Local 300
Brooklyn, New York  11256

                      Subject:      Class Action
                      USPS #:       93M-384
                      Union #:      93-107
                      Brooklyn GMF  11256

Dear Mr. Nash:

On November 17, 1993, I met with Mr. Robert Bosalavage to discuss the above captioned grievance at Step II of our contractual grievance procedure.

This grievance pertains to the contention of the union that Management violated Article 7.2 and Article 12 of the National Agreement by staffing the Label Room with Clerks since the building opened in 1992. The union further contends that the Label Room jobs are clearly Mailhandler functions as shown in Standard Positions 2-578, 2-579, 2-580, 2-581 and 2-632.

Upon full discussion and consideration of the facts, it is determined that this grievance is <u>DENIED</u>.

The reason for this decision is that the union has failed to demonstrate any violation of the National Agreement. The positions described in the listing of Standard Positions are not authorized positions in the Brooklyn Processing and Distribution Center. In view of the foregoing, there exists no Contractual Violation.

Lillian McPhaul
Management Designee
Step II

NPMHU-0050

**NPMHUD-**



**United States
Postal Service**

NOV 22 1993

Brooklyn, New York  11256

Mr. Michael Nash
Adm. Vice-President
L.I.U.N.A -Local 300
Brooklyn, New York  11256

          Subject:  Class Action
          USPS #:   93M-385
          Union #:   93-203
          Brooklyn GMF 11256

Dear Mr. Nash:

On November 17, 1993, I met with Mr. Robert Bosalavage to discuss the above captioned grievance at Step II of our contractual grievance procedure.

This grievance pertains to the contention of the union that management has violated Articles 7.2 and 12 of the National Agreement by staffing the Duplicating Room with Clerks. The union further contends that the job of operating the photo copying machines are clearly mailhandler functions as shown in Standard Positions 2-579 and KP0008.

Upon full discussion and consideration of the facts, it is determined that this grievance is **DENIED**.

The reason for this decision is that the union has failed to demonstrate any violation of the National Agreement. The positions described in the listing of Standard Positions are not authorized positions in the Brooklyn Processing and Distribution Center. In view of the foregoing, there exists no Contractual Violation.

_____
Lillian McPhaul
Management Designee
Step II

NPMHU-0051





LABOR RELATIONS SPECIALIST  
NEW YORK METRO AREA OFFICE  
1250 BROADWAY - 5TH FLOOR  
NEW YORK NY 10001-3701  
(212) 613-8730  
FAX: (212) 613-8732  

March 28, 1994

A90M-1A-C 94010505   DIST 113  
12/03/93 93M384  
CLASS ACTION  
BROOKLYN          NY 11256 9042

Mr. Terrence Donahue  
Northeast Regional Representative  
National Postal Mail Handlers Union  
820A Prospect Hill Road  
Windsor CT 06095-1570  

Dear Mr. Donahue:

On February 3, 1994, we met to discuss the above captioned grievance at Step 3 of our grievance procedure. This grievance pertains to an alleged violation of Articles 7.2 and 12 of the National Agreement. The Union contends that the Label Room has been staffed with clerks since the opening of the Brooklyn GMF in 1992. The Union contends that Label Room work belongs to the Mail Handler craft. The Union requests as remedy, that this practice cease. The Union further requests that bids be posted for the mail handler craft and; the Union requests that the mail handler craft be made whole for all time lost.

After full discussion and consideration of the facts of this case, it is determined that this grievance is denied. The reasons for this decision are the case file lacks specificity and substantive documentation in support of the Union's contention that Articles 7.2 and 12 of the National Agreement have been violated since the Brooklyn GMF opened in 1992. Specifically, the Union has failed to identify this position in the building inventory as required in Regional Instruction 399 guidelines (new facility). In accordance with RI-399 guidelines, inventories must be completed by both parties (APWU and NPMHU); and, jurisdictional disputes must be filed within fourteen days of the Union's review of the inventory. The Union has failed to identify employees improperly assigned to Label Room duties. Further, the Union has failed to demonstrate that Label Room work qualifies as a full time position in accordance with Article 7 of the National Agreement.

In our judgment, the grievance does not involve any interpretive issue(s) pertaining to the National Agreement or any supplement thereto which may be of general application. Unless the Union believes otherwise, the case may be appealed directly to regional arbitration in accordance with the provisions of Article 15 of the National Agreement.

Barbara L. Phipps  
Labor Relations Specialist  
New York Metro Area  

CC: Postmaster/Dist Dir HR/HR Analyst P&D/File

NPMHU-0052

NPMHU
E-2


**UNITED STATES POSTAL SERVICE**

LABOR RELATIONS SPECIALIST
NEW YORK METRO AREA OFFICE
1250 BROADWAY - 5TH FLOOR
NEW YORK NY 10001-3701
(212) 613-8730
FAX: (212) 613-8732

March 28, 1994

A90M-1A-C 94010504    DIST 113
12/03/93 93M385
CLASS ACTION
BROOKLYN        NY 11256 9042

Mr. Terrence Donahue
Northeast Regional Representative
National Postal Mail Handlers Union
820A Prospect Hill Road
Windsor CT 06095-1570

Dear Mr. Donahue:

On February 3, 1994, we met to discuss the above captioned grievance at Step 3 of our grievance procedure. This grievance pertains to an alleged violation of Articles 7.2 and 12 of the National Agreement. The Union contends that clerks have been assigned to mail handler craft duties from the time the building opened in 1992. The Union contends that photo copying is mail handler craft work. The Union requests as remedy, that this practice cease. The Union further requests that bids be posted for the mail handler craft and; the Union requests that the mail handler craft be made whole for all time lost.

After full discussion and consideration of the facts of this case, it is determined that this grievance is denied. The reasons for this decision are the case file lacks specificity and substantive documentation in support of the Union's contention that Articles 7.2 and 12 of the National Agreement have been violated since the Brooklyn GMF opened in 1992. Specifically, the Union has failed to identify this position in the building inventory as required in Regional Instruction 399 guidelines (new facility). In accordance with RI-399 guidelines, inventories must be completed by both parties (APWU and NPMHU); and, jurisdictional disputes must be filed within fourteen days of the Union's review of the inventory. The Union has failed to identify employees improperly assigned to copying machine duties. Further, the Union has failed to demonstrate that operation of copying machines qualifies as a full time position in accordance with Article 7 of the National Agreement.

In our judgment, the grievance does not involve any interpretive issue(s) pertaining to the National Agreement or any supplement thereto which may be of general application. Unless the Union believes otherwise, the case may be appealed directly to regional arbitration in accordance with the provisions of Article 15 of the National Agreement.

Barbara L. Phipps
Labor Relations Specialist
New York Metro Area

CC: Postmaster/Dist Dir HR/HR Analyst P&D/File

RECEIVED
MAR 30 1994
N.P.M.H.U.
NE REGION

NPMHU-0053

NPMHU F-1

RECEIVED

JAN 0 ⁻ 1999

NPMHU NE REGION

12-30-98

SARAH HOLDEN
P.O. BOX 347 - LC
LINCOLN, MA  01773-1234

Pursuant to Article 15, Section 4, B.2, of the 1990 National Agreement, the following arbitration case(s) has been scheduled before this arbitrator on the Regular Regional Arbitration Panel. The hearing will begin at 10:00 a.m. on March 2, 1999 at the postal facility located at 1050 FORBELL ST    BROOKLYN, NY.

| Case Number | Ref | Name | Type | Location | State |
|---|---|---|---|---|---|
| A94M-1A-D 97036653 | 96593 | HERNANDEZ | DISC | BROOKLYN | NY |
| A94M-1A-D 98108516 | 98453 | WRIGHT | DISC | BROOKLYN | NY |
| A94M-1A-D 98108518 | 98445 | REUBEL | DISC | BROOKLYN | NY |
| A90M-1A-C 94010504 | 93M385 | CLASS ACTION | CNTR | BROOKLYN | NY |
| A90M-1A-C 94010505 | 93M384 | CLASS ACTION | CNTR | BROOKLYN | NY |

Where more than one case is scheduled at a location, cases will be heard in the order listed unless the parties mutually agree to present the cases in a different order.

This letter does not constitute a waiver by either party of any issue of arbitrability or timeliness as it relates to the processing of the grievances, as it merely serves to confirm to the arbitrator the location, date and time, pursuant to the terms of Article 15, Section 4,B.2 of the 1990 National Agreement and the back-up case(s) pursuant to Article 15, Section 4,A.4 of the 1990 National Agreement.


Gary Johnston                               Raymond Sokolowski
Labor Relations Specialist                  Regional Director - MH


cc:  Labor Relations, 110
     Regional Director - MH
     Postmaster

NPMHU-0054

**NPMHU G-1**

LABOR RELATIONS SPECIALIST
LABOR RELATIONS OFFICE

UNITED STATES POSTAL SERVICE

Brooklyn

Raymond Sokolowski
N.E. Regional Director
N.P.M.H.U.
82A Prospect Hill Road
Windsor, CT 06095 – 1570

Dear Mr. Sokolowski:

The following two grievances are schedul... ...rch 2, 1999 before Arbitrator Sarah Holden:

| | | | |
|---|---|---|---|
| A90M-1A-C 94010504 | copy | 93M385 | Class Action |
| A90M-1A-C 94010505 | label | 93M384 | Class Action |

# 93M385 refers to an R.I. – 399 complaint about what craft should staff the duplicating room at the Brooklyn GMF.

# 93M384 refers to an R.I. – 399 complaint about what craft should staff the label making room at the Brooklyn GMF.

Neither position is referred to in the *Installation inventory of Mail Processing Operations* signed on September 15, 1992 by representatives of both the A.P.W.U. and the Mail Handler Unions.

Therefore, I am requesting that these two grievances go to the R.I. 399 Regional Dispute Resolution Committee and be taken off the Arbitration Docket for March 2, 1999. There are other cases on the docket that will go forward.

Douglas Dawson
Douglas Dawson
Labor Relations Specialist
Brooklyn, NY

cc:   Mario Rubino            Arbitration Coordinator, Windsor, Ct.
      Tom Stanziale           AVP  Brooklyn, NY
      Helene Moore Kondek     Sr. Labor Relations Specialist
      Harry Johnson           Area Labor Relations Specialist

**RECEIVED**

1050 FORBELL STREET
BROOKLYN, NY 11256-9401
(718) 348-3224
FAX: (718) 348-6890

FEB 2 2 1999

**NPMHU NE REGION**

NPMHU-0055