UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, ) ) ) ) Plaintiff, ) ) v. ) (RBW/ak) ) ) NATIONAL POSTAL MAIL HANDLERS ) UNION, A DIVISION OF THE ) LABORERS' INTERNATIONAL UNION ) OF NORTH AMERICA, ) ) and ) ) UNITED STATES POSTAL SERVICE, ) ) Defendants. ) ) | Case No. 1:05-CV-01290 |

# Exhibit 11 to Hill Declaration

93-107 M-1

Arbitration January 21, 2005
RI-399 Regional Arbitration
Case # A90M-1A-J 94010505
Union # 93-107
Moving Party – NPMHU
Arbitrator – Schmertz

Good Morning Mr. Arbitrator:

At the outset of this hearing, the Postal Service contends that the instant dispute/grievance is not properly at arbitration, and accordingly, the threshold issue of arbitrability is raised for your consideration and determination.

On February 3, 1993, at the request of Local 300, Timothy Healy, then plant manager of the Brooklyn P&DC, formulated a letter to "clarify" a previous agreement with Local 300 regarding RI-399 disputes. The original letter was dated November 24, 1992 and spoke of holding in abeyance all crossing crafts and RI-399 grievances for a period of 120 days. The clarification letter assigned a specific date for the filing of such grievances, that date being March 26, 1993. The original agreement letter dated November 24, 1992 and the subsequent agreement letter dated February 3, 1993 are both signed by the plant manager, Timothy Healy, and the Local 300 vice president, Amesha Hargrove.

Consequently, the RI-399 case you have before you today was initiated on October 16, 1993, nearly a full seven (7) months after the filing date stipulated by the signed agreement dated February 3, 1993. The filing of the dispute/grievance is untimely; therefore, the Postal Service contends that the instant dispute/grievance in not arbitrable and requests that the instance case be rejected.

**NPMHU-0015**

Arbitration January 21, 2005
RI-399 Regional Arbitration
Case # A90M-1A-J 94010504
Union # 93-203
Moving Party – NPMHU
Arbitrator – Schmertz

93 203 M-4
Senen

Good Morning Mr. Arbitrator:

At the outset of this hearing, the Postal Service contends that the instant dispute/grievance is not properly at arbitration, and accordingly, the threshold issue of arbitrability is raised for your consideration and determination.

On February 3, 1993, at the request of Local 300, Timothy Healy, then plant manager of the Brooklyn P&DC, formulated a letter to "clarify" a previous agreement with Local 300 regarding RI-399 disputes. The original letter was dated November 24, 1992 and spoke of holding in abeyance all crossing crafts and RI-399 grievances for a period of 120 days. The clarification letter assigned a specific date for the filing of such grievances, that date being March 26, 1993. The original agreement letter dated November 24, 1992 and the subsequent agreement letter dated February 3, 1993 are both signed by the plant manager, Timothy Healy, and the Local 300 vice president, Amesha Hargrove.

Consequently, the RI-399 case you have before you today was initiated on October 18, 1993, nearly a full seven (7) months after the filing date stipulated by the signed agreement dated February 3, 1993. The filing of the dispute/grievance is untimely; therefore, the Postal Service contends that the instant dispute/grievance in not arbitrable and requests that the instance case be rejected.

NPMHU-0016