UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>    and<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | Case No. 1:05-CV-01290 (RBW/ak) |

**ORDER**

Upon consideration of the motion of the Defendant and Counter-Claimant/Cross-Claimant National Postal Mail Handlers Union (the "NPMHU") for summary judgment, it is hereby ordered that the motion is granted. Judgment is entered in favor of the NPMHU, and the arbitration award of Arbitrator Eric J. Schmertz in Case A90M-1A-J 94010505 and A90M-1A-J 94010504, dated March 23, 2005, is confirmed.

Dated:

                                                                          Alan Kay
                                                                     United States Magistrate Judge