UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,  <br><br>  Plaintiff & Counterclaim Defendant,  <br><br> v.  <br><br> NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,  <br><br> Defendant & Counter-Claimant,  <br><br> and  <br><br> UNITED STATES POSTAL SERVICE,  <br><br> Defendant & Cross-Claim Defendant. | Civil Action No. 05-1290 (AK) |

## **ORDER**

UPON CONSIDERATION of the motion for summary judgment filed by the American Postal Workers Union, AFL-CIO ("APWU"), the motion for summary judgment filed by the National Postal Mail Handlers Union ("NPMHU"), the responses thereto, and the entire record in this case, it is hereby

2

ORDERED that the motion for summary judgment filed by the APWU is hereby granted, and it is

FURTHER ORDERED that the motion for summary judgment filed by the NPMHU is hereby denied, and it is

FURTHER ORDERED that the arbitration award of arbitrator Eric J. Schmertz in Case Nos. A90M-1AJ94010505 and A90M-1A-J94010504, dated March 23, 2005, is hereby vacated.

Dated: _____
UNITED STATES MAGISTRATE JUDGE