UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>    and<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | Case No. 1:05-CV-01290 (RBW/ak) |

**ORDER**

Upon consideration of the motion of the Defendant and Counter-Claimant/Cross-Claimant National Postal Mail Handler Union ("NPMHU") for summary judgment, the motion of the American Postal Workers Union, AFL-CIO ("APWU") for summary judgment, the responses thereto, and the entire record in this case, it is hereby

ORDERED that the motion for summary judgment filed by the APWU is hereby denied, and it is

FURTHER ORDERD that the motion for summary judgment filed by the NPMHU is hereby granted, and it is

1

2

FURTHER ORDERED that the arbitration award of Arbitrator Eric J. Schmertz in Case A90M-1A-J 94010505 and A90M-1A-J 94010504, dated March 23, 2005, is confirmed.


Dated:

_____
Alan Kay
United States Magistrate Judge

2