UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, <br><br> and <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendants. | Case No. 1:05-CV-01290 (RBW/ak) |

**DEFENDANT/COUNTER-CLAIMANT/CROSS-CLAIMANT
NATIONAL POSTAL MAIL HANDLERS UNION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY**

Defendant and Counter-Claimant/Cross-Claimant National Postal Mail Handlers Union (the "NPMHU") respectfully requests the Court to extend the time permitted for the parties to file Reply Briefs to the Oppositions to the Motions for Summary Judgment filed in this case.

1. The current deadline for filing reply briefs is September 12, 2006. We request that the Court extend the time permitted for all parties to file reply briefs by fourteen (14) days to and including September 26, 2006.

2. Counsel for the American Postal Workers Union, Anton G. Hajjar, and the United States Postal Service, Lisa Goldfluss, have informed undersigned counsel that they consent to the NPMHU's motion for an extension of time.

3. The requested extension of time is needed because undersigned counsel, who has primary responsibility for drafting the reply brief, was forced to delay a long-planned vacation due to a trial from August 7-18, 2006. Undersigned counsel will be on vacation from September 2-12, 2006, which encompasses the entire time period during which she otherwise would prepare and file the Reply Brief.

4. For the foregoing reasons, the NPMHU asks this Court to grant an extension for all parties to file their reply briefs.

A proposed Order is attached.

                                          Respectfully submitted,

                                          __/s/ Lisa Powell___
                                          Bruce R. Lerner (D.C. Bar No. 384757)
                                          Lisa M. Powell
                                          Bredhoff & Kaiser, P.L.L.C.
                                          805 15th Street, NW, Suite 1000
                                          Washington, DC  20005
                                          Telephone: (202) 842-2600
                                          Facsimile: (202) 842-1888
                                          Email: lpowell@bredhoff.com

                                          *Attorneys for Defendant*
                                          *National Postal Mail Handlers Union*

Dated:  August 28, 2006