UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,<br><br>  and<br><br>UNITED STATES POSTAL SERVICE,<br><br>  Defendants. | Case No. 1:05-CV-01290 (RBW/ak) |

**ORDER**

Upon consideration of the unopposed motion of the Defendant and Counter-Claimant/Cross-Claimant National Postal Mail Handlers Union (the "NPMHU") for an extension of time to reply, it is hereby ordered that the motion is granted.

Dated:

  _____
  Alan Kay
  United States Magistrate Judge