IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO ) ) ) ) Plaintiffs, ) ) v. ) ) NATIONAL POSTAL MAIL HANDLERS UNION et al, ) ) ) ) Defendants. ) ) ) | Civil Action No. 05-1290 (AK) |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant U.S. Postal Service in the above-captioned case and withdraw the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

/s/
LISA S. GOLDFLUSS., D.C. Bar # 417787
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Rm. E-4911
Washington, D.C. 20530
(202) 514-7198