UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN POSTAL WORKERS UNION,
AFL-CIO,
    Plaintiff & Counterclaim Defendant,
  v.

NATIONAL POSTAL MAIL HANDLERS
UNION, A DIVISION OF LABORERS'
INTERNATIONAL UNION OF NORTH
AMERICA, AFL-CIO,
    Defendant & Counter-Claimant,
        and
UNITED STATES POSTAL SERVICE,
    Defendant & Cross-Claim Defendant.

Civil Action No. 05-01290 (AK)

## ORDER

Upon consideration of the cross-motions for summary judgment by Plaintiff American Postal Workers Union [21] and Defendant National Postal Mail Handlers Union [22], and the oppositions thereto and replies in support thereof, for the reasons set forth in the accompanying Memorandum Opinion, it is this 21st day of February, 2007,

**ORDERED** that the National Postal Mail Handlers Union's Motion for Summary Judgment [22] is **granted**, with the effect that the underlying arbitration award is confirmed, and it is further

**ORDERED** that the American Postal Workers Union's Motion for Summary Judgment [21] is **denied**.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE